IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

The Reed Action Judgment Creditors v. Alecto Healthcare Services LLC

|  |  |  |
|---|---|---|
| The Reed Action Judgement Creditors | ) ) | |
| Appellant, | ) ) | Civil Action No. 1:23-cv-01442-UNA |
| v. | ) ) | |
| Alecto Healthcare Services LLC | ) ) | Bankruptcy Case No. 23-10787 (JKS) Bankruptcy BAP No. 23-65 |
| Appellee. | ) | |

## NOTICE OF DOCKETING

A Notice of Appeal of the following Order of the Bankruptcy Court dated 12/4/2023 was docketed in the District Court on 12/19/2023:

**ORDER DENYING OBJECTION OF THE REED ACTION JUDGMENT CREDITORS TO DEBTOR'S DESIGNATION OF THIS CASE AS A SUBCHAPTER V CASE AND MOTION TO REVOKE DEBTOR'S DESIGNATION AS A SUBCHAPTER V DEBTOR**

In accordance with the Standing Order of the Court dated September 11, 2012, this case shall be referred to a United States Magistrate Judge to determine the appropriateness of mediation. Briefing will be deferred.

Documents prepared for mediation shall be submitted directly to the mediator and should not be filed with the Clerk's Office. Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5. Upon the request of a Judge or a mediator, counsel shall supply paper copies of the designated record.

Randall Lohan
Clerk of Court

/jfm
Date: 12/19/2023
CC.   U.S. Bankruptcy Court
        Counsel via CM/ECF