**IN THE UNITED STATE DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 (Subchapter V) |
| | ) | |
| Alecto Healthcare Services LLC, | ) | Case No. 23-10787 (JKS) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| The Reed Action Judgement Creditors, | ) | |
| | ) | Civil Action No. 1:23-cv-01442-GBW |
| Appellants, | ) | |
| | ) | Bankruptcy BAP No. 23-65 |
| v. | ) | |
| Alecto Healthcare Services LLC, | ) | |
| | ) | |
| Appellee. | ) | |

**STATEMENT OF ISSUES, DESIGNATION OF RECORD
AND CERTIFICATE REGARDING TRANSCRIPTS PURSUANT
TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 8009**

Pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure, Appellant, the Reed Action Judgment Creditors, by and through its undersigned counsel, hereby designate the issues and record presented on appeal and files this certificate stating that Appellant previously ordered the relevant transcripts (audio available at Docket Nos. 233 and 241) in connection with its appeal under 28 U.S.C. § 158 from the following orders, judgments, and decrees issued by the U.S. Bankruptcy Court for the District of Delaware (Stickles, J.) in the above-captioned chapter 11 case:

- *Order Denying Objection of the Reed Action Judgment Creditors to Debtor's Designation of This Case as a Subchapter V Case and Motion to Revoke Debtor's Designation as a Subchapter V Debtor* [Docket No. 243].

## STATEMENT OF ISSUES ON APPEAL

1. Whether the Bankruptcy Court erred in ruling that Alecto Healthcare Services, LLC's ("Alecto") is eligible to be a debtor under Subchapter V of the Bankruptcy Code.

2. Whether the Bankruptcy Court erred in finding that the terms of the *Confidential Settlement Agreement* dated February 16, 2022 (the "Settlement Agreement") supersede the terms of the *Purchase Agreement* dated September 23, 2014 and the *Guarantee* dated September 23, 2014.

3. Whether the Court erred in finding that Alecto had no obligation to pay LHP Hospital Group, LLC ("LHP") until LHP made a specific demand for payment to Alecto pursuant to paragraph 6(a) of the Settlement Agreement.

4. Whether the Court erred in finding that Alecto's obligations to LHP were unliquidated because the operating expenses due under the leases subject to the Guarantee (the "Leases") (i) were estimated, (ii) were subject to reconciliation on a yearly basis, or (iii) lacked the precision necessary for Alecto to determine how much it owed to LHP as of June 13, 2023 (the "Petition Date").

5. Whether the Bankruptcy Court erred in finding that Alecto's non-contingent and unliquidated debt did not exceed $7,500,000 as of the Petition Date.

## DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

| No. | Document Description | D.I. |
|---|---|---|
| 1 | Motion of the Reed Action Judgment Creditors to Revoke Debtor's Designation as a Subchapter V Debtor | 204 |
| 2 | Preliminary Response of the Debtor in Opposition to the Objection of the Reed Action Judgment Creditors to Debtor's Designation of This Case as a Subchapter V Case and Motion to Revoke Debtor's Designation as a Subchapter V Debtor | 226 |

| No. | Document Description | D.I. |
|---|---|---|
| 3 | Reply in Response to Preliminary Response of the Debtor in Opposition to the Objection of the Reed Action Judgment Creditors to Debtor's Designation of This Case as a Subchapter V Case and Motion to Revoke Debtor's Designation as a Subchapter V Debtor | 227 |
| 4 | List of scheduled non-contingent and liquidated claims (Ex. A to the Objection/ Motion) | 204-2 |
| 5 | Claim No. 19-1 (Ex. B to Objection/Motion) | 204-3 |
| 6 | Claim No. 4-1 (Ex. C to Objection/Motion) | 204-4 |
| 7 | Claim No. 5-1 (Ex. D to Objection/Motion) | 204-5 |
| 8 | Claim No. 15-1 (Ex. E to Objection/Motion) | 204-6 |
| 9 | Claim No. 8-1 (Ex. F to Objection/Motion) | 204-7 |
| 10 | Claim No. 10-1 (Ex. G to Objection/Motion) | 204-8 |
| 11 | Claim No. 20-1 (Ex. H to Objection/Motion) | 204-9 |
| 12 | Transcript from continued Rule 341 meeting of creditors, dated October 17, 2023 (Ex. I to Objection/Motion) | 204-10 |
| 13 | Complaint in Delaware Superior Court Case No. N21C-01-146, *LHP Hospital Group, Inc., v. Alecto Healthcare Services LLC et al* (Ex. J to Objection/Motion)("LHP Complaint") | 204-11 |
| 14 | Purchase Agreement, dated September 23, 2014 (Ex. B to Debtor's Response) | 226-2 |
| 15 | Confidential Settlement Agreement, dated February 16, 2022 (Ex. C to Debtor's Response) | 226-3 |
| 16 | LHP demand letter to Alecto Sherman, dated June 28, 2023 (Ex. D to Debtor's Response | 226-4 |
| 17 | Guarantee, dated September 23, 2014 (Ex. 1 to Reply) | 227-1 |
| 18 | Assignment and Assumption of Leases, dated October 31, 2014 (Ex. 2 to Reply) | 227-2 |
| 19 | Consent Agreement, dated October 31, 2014 (Ex. 3 to Reply) | 227-3 |
| 20 | Lease Agreement, dated August 21, 2012 (Ambulatory Surgery Center); Exhibit 17 at 11/29/23 Hearing | - |
| 21 | Lease Agreement, dated August 21, 2012 (Existing Physician Suites); Exhibit 18 at 11/29/23 Hearing | - |
| 22 | Lease Agreement, dated August 21, 2012 (Master Lease-Existing Space); Exhibit 19 at 11/29/23 Hearing | - |
| 23 | Lease Agreement, dated August 21, 2012 (Hospital Occupied Common Areas); Exhibit 20 at 11/29/23 Hearing | - |

| No. | Document Description | D.I. |
|---|---|---|
| 24 | Lease Agreement, dated August 21, 2012 (Master Lease – Shell Space); Exhibit 21 at 11/29/23 Hearing | - |
| 25 | Agreed Judgment in Grayson County, Texas Justice Court Cause No. JC1-20-0538, *Altera Highland, LLC v. Sherman/Grayson Hospital, LLC*; Exhibit 22 at 11/29/23 Hearing | - |
| 26 | Debtor's Schedules | 48 |
| 27 | Sherman/Grayson Hospital LLC Schedules; Exhibit 24 1 at 11/29/23 Hearing | - |
| 28 | Claim No. 18-1 (filed by Alecto Health Care Services Ohio Valley LLC, Health Plan); Exhibit 25 at 11/29/23 Hearing | - |
| 29 | Official list of claims; Exhibit 26 at 11/29/23 Hearing | - |
| 30 | Proof of Payment by wire by Debtor to LHP Hospital Group, Inc.; Exhibit 27 at 11/29/23 Hearing | - |
| 31 | Altera Highland, LLC Invoice Dated 4/21/2021; Exhibit 28 at 11/29/23 Hearing | - |
| 32 | Altera Highland, LLC Invoice Dated 12/17/2020; Exhibit 29 at 11/29/23 Hearing | - |
| 33 | Altera Highland, LLC Invoice Dated 2/18/2021; Exhibit 30 at 11/29/23 Hearing | - |
| 34 | Altera Highland, LLC Invoice Dated 3/15/2021; Exhibit 31 at 11/29/23 Hearing | - |
| 35 | Altera Highland, LLC Invoice Dated 1/19/2021; Exhibit 32 at 11/29/23 Hearing | - |
| 36 | Altera Highland, LLC Invoice Dated 5/14/2021; Exhibit 33 at 11/29/23 Hearing | - |
| 37 | Altera Highland, LLC Invoice Dated 6/14/2021; Exhibit 34 at 11/29/23 Hearing | - |
| 38 | Altera Highland, LLC Invoice Dated 7/15/2021; Exhibit 35 at 11/29/23 Hearing | - |
| 39 | Altera Highland, LLC Invoice Dated 8/17/2021; Exhibit 36 at 11/29/23 Hearing | - |
| 40 | Altera Highland, LLC Invoice Dated 9/14/2021; Exhibit 37 at 11/29/23 Hearing | - |
| 41 | Settlement Agreement dated 10/15/20 for Aug - Oct 2020; Exhibit 38 at 11/29/23 Hearing | - |
| 42 | Altera Highland, LLC Invoice Dated 10/14/2021; Exhibit 39 at 11/29/23 Hearing | - |

| No. | Document Description | D.I. |
|---|---|---|
| 43 | Altera Highland, LLC Invoice Dated 11/01/2020; Exhibit 40 at 11/29/23 Hearing | - |
| 44 | Altera Highland, LLC Invoice Dated 12/01/2020; Exhibit 41 at 11/29/23 Hearing | - |
| 45 | Altera Highland, LLC Invoice Dated 11/15/2021; Exhibit 42 at 11/29/23 Hearing | - |
| 46 | Outstanding Invoices as of 7/5/2020 for May - July 2020; Exhibit 43 at 11/29/23 Hearing | - |
| 47 | Altera Highland, LLC Invoice Dated 12/14/2021; Exhibit 44 at 11/29/23 Hearing | - |
| 48 | Altera Highland, LLC Invoice Dated 1/25/2022; Exhibit 45 at 11/29/23 Hearing | - |
| 49 | Altera Highland, LLC Invoice Dated 3/01/2022; Exhibit 46 at 11/29/23 Hearing | - |
| 50 | Altera Highland, LLC Invoice Dated 3/28/2022; Exhibit 47 at 11/29/23 Hearing | - |
| 51 | Altera Highland, LLC Invoice Dated 4/29/2022; Exhibit 48 at 11/29/23 Hearing | - |
| 52 | Altera Highland, LLC Invoice Dated 5/31/2022; Exhibit 49 at 11/29/23 Hearing | - |
| 53 | Altera Highland, LLC Invoice Dated 6/28/2022; Exhibit 50 at 11/29/23 Hearing | - |
| 54 | Altera Highland, LLC Invoice Dated 8/29/2022; Exhibit 51 at 11/29/23 Hearing | - |
| 55 | Altera Highland, LLC Invoice Dated 9/29/2022; Exhibit 52 at 11/29/23 Hearing | - |
| 56 | Altera Highland, LLC Invoice Dated 10/20/2022; Exhibit 53 at 11/29/23 Hearing | - |
| 57 | Altera Highland, LLC Invoice Dated 7/20/2022; Exhibit 54 at 11/29/23 Hearing | - |
| 58 | Altera Highland, LLC Invoice Dated 11/21/2022; Exhibit 55 at 11/29/23 Hearing | - |
| 59 | Altera Highland, LLC Invoice Dated 1/19/2023; Exhibit 56 at 11/29/23 Hearing | - |
| 60 | Altera Highland, LLC Invoice Dated 12/22/2022; Exhibit 57 at 11/29/23 Hearing | - |

| No. | Document Description | D.I. |
|---|---|---|
| 61 | Altera Highland, LLC Invoice Dated 2/19/2023; Exhibit 58 at 11/29/23 Hearing | - |
| 62 | Altera Highland, LLC Invoice Dated 3/19/2023; Exhibit 59 at 11/29/23 Hearing | - |
| 63 | Altera Highland, LLC Invoice Dated 4/19/2023; Exhibit 60 at 11/29/23 Hearing | - |
| 64 | Altera Highland, LLC Invoice Dated 5/22/2023; Exhibit 61 at 11/29/23 Hearing | - |
| 65 | Altera Highland, LLC Invoice Dated 6/22/2023; Exhibit 62 at 11/29/23 Hearing | - |
| 66 | Altera Highland, LLC Invoice Dated 7/19/2023; Exhibit 63 at 11/29/23 Hearing | - |
| 67 | Altera Highland, LLC Invoice Dated 8/18/2023; Exhibit 64 at 11/29/23 Hearing | - |
| 68 | Altera Highland, LLC Invoice Dated 9/20/2023; Exhibit 65 at 11/29/23 Hearing | - |
| 69 | Altera Highland, LLC Invoice Dated 10/23/2023; Exhibit 66 at 11/29/23 Hearing | - |
| 70 | Payment Summary; Exhibit 67 at 11/29/23 Hearing | - |
| 71 | Periodic Report Regarding Value, Operations and Profitability of Entities in Which the Debtors' Estates Hold a Substantial or Controlling Interest for the period ending 06/30/2023 | 79 |
| 72 | Transcript of November 29, 2023 Hearing | 233 |
| 73 | Transcript of Bench Ruling Hearing before the Honorable J. Kate Stickles United States Bankruptcy Judge | 241 |

## CERTIFICATE REGARDING TRANSCRIPTS

Pursuant to Rule 8009(b)(1)(A) of the Federal Rules of Bankruptcy Procedure, Appellant hereby files this certificate stating that the transcript has already been prepared and is included in the designation of record.

Dated: January 2, 2023  
       Wilmington, Delaware

SULLIVAN · HAZELTINE · ALLINSON LLC

 /s/ William D. Sullivan  
William D. Sullivan (No. 2820)  
William A. Hazeltine (No. 3294)  
919 North Market Street, Suite 420  
Wilmington, DE 19801  
Tel: (302) 428-8191  
Email: bsullivan@sha-llc.com  
       whazeltine@sha-llc.com

and

Bren J. Pomponio, Esq.  
Colten L. Fleu, Esq.  
Mountain State Justice, Inc.  
1217 Quarrier St.  
Charleston, WV 25301  
Tel: (304) 326-0188  
Email:  colten@msjlaw.org  
       bren@msjlaw.ord

and

John Stember, Esq.  
Maureen Davidson-Welling, Esq.  
Stember Cohn & Davidson-Welling, LLC  
The Harley Rose Building  
425 First Avenue, 7th Floor  
Pittsburgh, PA 15219  
Tel: 412-338-1445  
Email:  jstember@stembercohn.com  
       mdavidsonwelling@stembercohn.com

*Counsel for The Reed Action Judgment Creditors*