# IN THE UNITED STATE DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 (Subchapter V) |
| | ) | |
| Alecto Healthcare Services LLC, | ) | Case No. 23-10787 (JKS) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| The Reed Action Judgement Creditors, | ) | |
| | ) | Civil Action No. 1:23-cv-01442-GBW |
| Appellants, | ) | |
| | ) | Bankruptcy BAP No. 23-65 |
| v. | ) | |
| Alecto Healthcare Services LLC, | ) | |
| | ) | |
| Appellee. | ) | |

## NOTICE OF FILING OF BANKRUPTCY COURT TRANSCRIPTS

The Reed Action Judgment Creditors, Appellants in the above-captioned matter, hereby file the following transcripts: (i) the *Transcript of the Hearing Re: Objection of the Reed Action Judgment Creditors to Debtor's Designation of This Case as a Subchapter V Case and Motion to Revoke Debtor's Designation as a Subchapter V Debtor Before the Honorable J. Kate Stickles On November 29, 2023* [DI 233] (the November 29, 2023 Transcript") (attached hereto as **Exhibit A**) and (ii) the *Transcript of the December 1, 2023 Bench Ruling Hearing before the Honorable J. Kate Stickles* [DI 241] (the "December 1, 2023 Transcript") (attached hereto as **Exhibit B**).

Audio files of the November 29, 2023 and December 1, 2023 can be found on the United Bankruptcy Court's docket (Case No. 23-10787 (JKS)).

Dated: January 3, 2023                    **SULLIVAN · HAZELTINE · ALLINSON LLC**

                                          */s/ William D. Sullivan*
William D. Sullivan (No. 2820)
William A. Hazeltine (No. 3294)
919 North Market Street, Suite 420
Wilmington, DE 19801
Tel: (302) 428-8191
Email: bsullivan@sha-llc.com
       whazeltine@sha-llc.com

and

Bren J. Pomponio, Esq.
Colten L. Fleu, Esq.
Mountain State Justice, Inc.
1217 Quarrier St.
Charleston, WV 25301
Tel: (304) 326-0188
Email: colten@msjlaw.org
       bren@msjlaw.ord

and

John Stember, Esq.
Maureen Davidson-Welling, Esq.
Stember Cohn & Davidson-Welling, LLC
The Harley Rose Building
425 First Avenue, 7th Floor
Pittsburgh, PA 15219
Tel: 412-338-1445
Email: jstember@stembercohn.com
       mdavidsonwelling@stembercohn.com

*Counsel for the Reed Action Judgment Creditors*