THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| The Reed Action Judgment Creditors, ) <br> ) <br> Appellant, ) <br> ) <br> v. ) <br> ) <br> Alecto Heath Care Services LLC, ) <br> ) <br> Appellee/Debtor. ) | Case No. 23-cv-01442-GBW |

**DEBTOR/APPELLEE, ALECTO HEALTHCARE SERVICES LLC'S, COUNTER DESIGNATION OF ISSUE ON APPEAL**

Without conceding that the Appellant has the right to appeal, Alecto Healthcare Services LLC ("<u>Alecto</u>"), by and through its undersigned counsel, nonetheless files this Restatement of Issues on Appeal:

**RESTATEMENT OF ISSUES ON APPEAL**

1. Did the Bankruptcy Court abuse its discretion by determining that Alecto was eligible to be a debtor under subchapter v of the Bankruptcy Code because, as of the petition date, the aggregate amount of Alecto's noncontingent, liquidated debts did not exceed $7,500,000?

16501126

| | |
|---|---|
| January 16, 2024 | **MORRIS JAMES LLP** |
| | /s/ *Carl N. Kunz, III* |
| | Carl N. Kunz, III (DE Bar No. 3201) |
| | Jeffrey R. Waxman (DE Bar No. 4159) |
| | Brya M. Keilson (DE Bar No. 4643) |
| | 500 Delaware Avenue, Suite 1500 |
| | Wilmington, DE 19801 |
| | Tel: (302) 888-6800 |
| | Fax: (302) 571-1750 |
| | E-mail: ckunz@morrisjames.com |
| | E-mail: jwaxman@morrisjames.com |
| | E-mail: bkeilson@morrisjames.com |
| | |
| | *Counsel to the Debtor and Debtor in Possession* |

2

16501126