THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| The Reed Action Judgment Creditors, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | Case No. 23-cv-01442-GBW |
| | ) | |
| Alecto Heath Care Services LLC, | ) | |
| | ) | |
| Appellee/Debtor. | ) | |

| | | |
|---|---|---|
| The Reed Action Judgment Creditors, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | Case No. 24-cv-00494-GBW |
| | ) | |
| Alecto Heath Care Services LLC, | ) | |
| | ) | |
| Appellee/Debtor. | ) | |

**STIPULATION AND PROPOSED BRIEFING SCHEDULE FOR APPEALS**

In these bankruptcy appeals, the Reorganized Debtor, Alecto Healthcare Services LLC ("Alecto" or the "Debtor") and the Reed Action Judgment Creditors ("Reed Creditors"), by and through their respective undersigned counsel, stipulate to the following conditional briefing schedule in the above captioned appeals:

**Preliminary Statement**

These appeals arise from two notices of appeal filed by the Reed Creditors.

In the appeal designated 23-cv-01442-GBW, the Reed Creditors appealed a decision of the bankruptcy court that found the Debtor eligible for relief under subchapter V of Title 11, Chapter 11 of the United States Code (the "Sub-V Appeal"). The Debtor moved in this Court to dismiss (the "Motion to Dismiss") the Sub-V Appeal as being interlocutory. The Motion to Dismiss remains pending.

Subsequently, the bankruptcy court entered an order confirming the Debtor's subchapter V plan, and the Reed Creditors appealed the confirmation order to this Court (the "Confirmation Appeal"). The Confirmation Appeal is designated as 24-cv-00494-GBW.

On July 29, 2024, this Court, in connection with the Confirmation Appeal, entered an order that "the parties shall confer and submit a proposed briefing schedule within 14 days." [Dkt. Ref. No. 7]. That same day, the Court entered an order in connection with the Sub-V Appeal that "the parties should address any request for entry of a briefing schedule, if appropriate, following disposition of the pending motion [the Motion to Dismiss]" [Dkt. Ref. No. 10].

On August 1, 2024, counsel for the Debtor and counsel for the Reed Creditors met and conferred about the Motion to Dismiss, the Sub-V Appeal and the Confirmation Appeal, and, subject to approval of the Court, stipulate as follows:

**Stipulation Regarding Briefing of Appeals**

1. The Debtor agrees that, by virtue of the Bankruptcy Court's

confirmation of the Debtor's subchapter V plan, the Sub-V Appeal has become final. The Debtor therefore agrees to withdraw the Motion to Dismiss, and the Court need not rule on the Motion to Dismiss.

2. The Reed Creditors agree to promptly file a motion to consolidate the Sub-V Appeal with the Confirmation Appeal such that, subject to approval of this Court, the two appeals may proceed as a single appellate matter. The Debtor agrees that the Reed Creditors' motion to consolidate may be presented as an agreed motion.

3. If the Court approves consolidation, the Reed Creditors will file a *single* opening brief addressing all matters on appeal no later than September 23, 2024. The opening brief shall comply with the requirements set forth in Fed. R. Bankr. P. 8014 and the page/word limits contained in Fed. R. Bankr. P. 8015,[1] unless leave is sought for approval of an extension of the page limitations.

4. If the Sub-V Appeal and the Confirmation Appeal are consolidated, the Debtor will file a *single* responsive brief no later than October 23, 2024. The

---

[1] D. Del. LR 7.1.3(f) provides: "Bankruptcy Appeals. Bankruptcy appeals shall be exempt from the requirements of this Rule, and shall instead confirm to the requirements of the Federal Rules of Bankruptcy Procedure and Part VIII of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, provided, however, that this Court may accept documents that do not meet all of the requirements of Federal Rule of Bankruptcy Procedure 8015.

responsive brief shall comply with the requirements set forth in Fed. R. Bankr. P. 8014 and the page/word limits contained in Fed. R. Bankr. P. 8015, unless leave is sought for approval of an extension of the page limitations.

5. If the Sub-V Appeal and the Confirmation Appeal are consolidated, the Reed Creditors may file a *single* reply brief no later than November 6, 2024. Any reply brief shall comply with the requirements for reply briefs set forth in Fed. R. Bankr. P. 8014 and the page/word limits contained in Fed. R. Bankr. P. 8015, unless leave is sought for approval of an extension of the page limitations.

6. If, however, the Sub-V Appeal and the Confirmation Appeal are *not* consolidated, then the Reed Creditors may file an opening brief *in each appeal* no later than September 23, 2024, and a reply brief *in each appeal* no later than November 6, 2024; likewise, the Debtor may file a responsive brief *in each appeal* no later than October 23, 2024, with each brief of the Reed Creditors and the Debtor complying with the respective requirements for opening, responsive, and reply briefs set forth in Fed. R. Bankr. P. 8014 and the page/word limits contained in Fed. R. Bankr. P. 8015.

August 12, 2024

| **MORRIS JAMES LLP** | **SULLIVAN HAZELTINE ALLINSON LLC** |
|---|---|
| /s/ *Carl N. Kunz, III* | */s/ William D. Sullivan* |
| Carl N. Kunz, III (No. 3201) | William D. Sullivan (No. 2820) |
| Jeffrey R. Waxman (No. 4159) | William A. Hazeltine (No. 3294 |
| Brya M. Keilson (No. 4643) | 919 North Market Street, Suite 420 |
| 500 Delaware Avenue, Suite 1500 | Wilmington, DE 19801 |
| Wilmington, DE 19801 | Tel. (302) 428-8191 |
| Tel: (302) 888-6800 | Email: bsullivan@sha-llc.com |
| Fax: (302) 571-1750 | Email: whazeltine@sha-llc.com |
| E-mail: ckunz@morrisjames.com | |
| E-mail: jwaxman@morrisjames.com |     and |
| E-mail: bkeilson@morrisjames.com | |
| | Bren J. Pomponio, Esq. |
| *Counsel to the Appellants* | Colten L. Fleu, Esq. |
| | Mountain State Justice, Inc. |
| | 1217 Quarrier St. |
| | Charleston, WV 25301 |
| | Tel. (302) 326-0188 |
| | Email: bren@msjlaw.org |
| | Email: colten@msjlaw.org |
| | |
| |      and |
| | |
| | John Stember, Esq. |
| | Maureen Davidson-Welling, Esq. |
| | Stember Cohn & Davidson-Welling, LLC |
| | The Harley Rose Building |
| | 425 First Avenue, 7th Floor |
| | Pittsburgh, PA 15219 |
| | Tel. (412) 338-1445 |
| | Email: jstember@stembercohn.com |
| | Email: mdavidsonwelling@stembercohn.com |
| | |
| | *Counsel to the Appellees* |

SO ORDERED this _____ day of _____, 2024.

_____
The Honorable Gregory B. Williams
United States District Judge